## (April 5, 1976)

■  BOARD OF EDUCATION, GREAT NECK UNION FREE SCHOOL DISTRICT, Respondent, v ZITA J. AREMAN, as President of the Great Neck Teachers' Association, Appellant.—In a proceeding to stay arbitration, the appeal is from an order of the Supreme Court, Nassau County, dated February 13, 1975, which granted the application. Order reversed, on the law, without costs or disbursements, and application denied. In our view, petitioner is not barred by the Education Law from entering into a collective bargaining agreement limiting its right to inspect teacher personnel files (cf. *Matter of Susquehanna Val. Cent. School Dist. at Conklin [Susquehanna Val. Teachers' Assn.]*, 37 NY2d 614). Whether the agreement, in fact, precluded the board from inspecting the files is a question to be determined by an arbitrator. Gulotta, P. J., Martuscello, Latham, Cohalan and Shapiro, JJ., concur. [80 Misc 2d 659.]

■  BARBARA DAVIS, Appellant, v ROBERT CACACE, and All the Judges of the Yonkers Court of Special Sessions, Respondents.—Judgment of the Supreme Court, Westchester County, dated March 14, 1975, affirmed, without costs or disbursements (see *Matter of Davis v Richardson,* 48 AD2d 670, and cases cited therein). Hopkins, Acting P. J., Margett, Damiani, Rabin and Hawkins, JJ., concur.